# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                              No. 4:05CR00159 JLH
                          (Related Case No. 4:07CV00199 JLH)

DANNY LOCKETT

## ORDER

On June 22, 2007, the Court held an evidentiary hearing on Danny Lockett's petition pursuant to 28 U.S.C. § 2255. Mr. Lockett testified at the hearing that his lawyer, Donald E. Warren, Sr., did not communicate to him an offer made by the United States on August 17, 2005. Mr. Lockett stated that he did not learn about the August 17 offer until after his case had been concluded and he received his file from Mr. Warren. The August 17 offer would have resulted in his serving less time than he has actually been sentenced to serve. Lockett testified that if he had known about the August 17 offer he would have accepted it.

Donald E. Warren, Sr., testified that he did promptly communicate the August 17 offer to Lockett but did not receive a response from Lockett until events occurred that caused the United States to withdraw the offer.

Lockett has the burden of proof on this issue. The evidence appears to be equally divided. Therefore, Lockett's petition is denied.

IT IS SO ORDERED this 22nd day of June, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE