AO 247 (02/08) Order Regarding Motion for Sentence Reduction

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN − 6 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

United States of America )
v. )
**DANNY LOCKETT** ) Case No: 4:05CR00159 JLH
) USM No: 23747-009
Date of Previous Judgment: March 7, 2006 ) Christophe A. Tarver - appointed March 19, 2008
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __97__ months **is reduced to** __90 MONTHS__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 20 | Amended Offense Level: | 18 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 37 to 46 months | Amended Guideline Range: | 30 to 37 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

The sentence includes 60 months on a second count to run consecutive to the sentence of 30 months on Count 1.

Except as provided above, all provisions of the judgment dated __March 7, 2006__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: June 6, 2008

_____
Judge's signature

Effective Date: June 6, 2008
(if different from order date)

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Printed name and title