**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   No. 4:05CR00159 JLH | |
| DANNY LOCKETT | DEFENDANT |

**JUDGMENT**

For reasons stated in the order entered separately today, Danny Lockett's petition is dismissed with prejudice.

IT IS SO ORDERED this 28th day of January, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE